United States District Court
Southern District of Texas

**ENTERED**

May 12, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

QUN SHI,                                    §
                                           §
        Plaintiff,                         §
                                           §
v.                                         §
                                           §
JOSEPH EDLOW, DIRECTOR                     §        CIVIL NO. 4:26-cv-1579
UNITED STATES CITIZENSHIP                  §
AND IMMIGRATION SERVICES,                  §
*et al.*,                                  §
                                           §
        Defendants.                        §

## ORDER

The Court has considered the Defendants' Unopposed Motion for Extension of Time

to File an Answer or Other Responsive Pleading, and enters the following order:

Defendants have until July 7, 2026, to file an answer or other response.

Signed on _____May 11_____, 2026, at Houston, Texas.

_____
HON. LEE H. ROSENTHAL
SENIOR UNITED STATES DISTRICT JUDGE