United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| QUN SHI, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-26-1579 |
| | § | |
| JOSEPH EDLOW, *et al.* | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The defendants have filed an unopposed motion for an extension of time to file an answer or otherwise respond to Qun Shi's complaint.  (Docket Entry No. 8).  The court grants the unopposed motion.  The defendants must file an answer or other responsive pleading no later than September 7, 2026.  The court resets the initial conference to October 2, 2026, at 9:10 a.m. CT via Zoom.

SIGNED on July 7, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge